IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**MCARDLE FAMILY PARTNERSHIP,**
a Pennsylvania Limited Partnership,
individually, and on behalf of those
similarly situated,

**Plaintiff,**

v.

Civil Action No. 1:22-cv-01
The Honorable Thomas S. Kleeh

**ANTERO RESOURCES CORPORATION,**
a Delaware corporation, and
**KEY OIL COMPANY,**
a West Virginia corporation, and
**FRANKLIN L. BUTLER,**

**Defendants.**

## JOINT MOTION FOR LEAVE TO FILE CLASS CERTIFICATION MEMORANDA AND RELATED EXHIBITS UNDER SEAL

Plaintiff McArdle Family Partnership ("MFP) and Defendant Antero Resources Corporation ("Antero") respectfully request leave from the Court to file MFP's memorandum in support of its motion for class certification and exhibits thereto, Antero's responsive memorandum and exhibits thereto, and MFP's reply memorandum in support of its motion for class certification and exhibits thereto under seal.

MFP and Antero anticipate that the class certification memoranda will cite, reference, and attach as exhibits various documents which have been labeled as "Confidential" pursuant to the Protective Order entered in this matter [Doc. 15, entered 03/03/2022]. Accordingly, MFP and Antero request leave to file their respective class certification memoranda, and attendant exhibits, under seal.

WHEREFORE, for the foregoing reasons, MFP and Antero respectfully request that the Court grant the parties leave to file the aforementioned memoranda, and exhibits, under seal, pursuant to the proposed Order filed herewith.

| | |
|---|---|
| */s/Frank E. Simmerman, III* | */s/Lauren K. Turner (with permission)* |
| Frank E. Simmerman, Jr. (W.Va. Bar #3403) | Amy M. Smith (W.Va. Bar #6454) |
| fes@simmermanlaw.com | amy.smith@steptoe-johnson.com |
| Chad L. Taylor (W.Va. Bar #10564) | Lauren K. Turner (W.Va. Bar #11942) |
| clt@simmermanlaw.com | lauren.turner@steptoe-johnson.com |
| Frank E. Simmerman, III (W.Va. Bar #11589) | STEPTOE & JOHNSON PLLC |
| trey@simmermanlaw.com | 400 White Oaks Boulevard |
| SIMMERMAN LAW OFFICE, PLLC | Bridgeport, WV  26330 |
| 254 East Main Street | (304) 933-8000 |
| Clarksburg, WV 26301 | |
| (304) 623-4900 | Daniel T. Donovan (admitted pro hac vice) |
| | Holly R. Trogdon (admitted pro hac vice) |
| | Charles S. Nary (admitted pro hac vice) |
| | Kirkland & Ellis LLP |
| | 1301 Pennsylvania Avenue, N.W. |
| */s/C. Edward Amos (with permission)* | Washington D.C. |
| Scott S. Segal (W.Va. Bar #4717) | |
| scott.segal@segal-law.com | Attorneys for Defendants Antero Resources Corporation, Key Oil Company, and Franklin L. Butler |
| C. Edward Amos, II (W.Va. Bar #12362) | |
| Edward.amos@segal-law.com | |
| Jason P. Foster (W.Va. Bar #10593) | |
| jason.foster@segal-law.com | |
| The Segal Law Firm | |
| A Legal Corporation | |
| 810 Kanawha Boulevard, East | |
| Charleston, West Virginia 25301 | |
| | |
| Attorneys for Plaintiff McArdle Family Partnership | |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**MCARDLE FAMILY PARTNERSHIP,**
a Pennsylvania Limited Partnership,
individually, and on behalf of those
similarly situated,

**Plaintiff,**

v.

                                        Civil Action No. 1:22-cv-01
                                        The Honorable Thomas S. Kleeh

**ANTERO RESOURCES CORPORATION,**
a Delaware corporation, and
**KEY OIL COMPANY,**
a West Virginia corporation, and
**FRANKLIN L. BUTLER,**

**Defendants.**

## CERTIFICATE OF SERVICE

      I hereby certify that on the 4th day of October, 2023, I electronically filed the foregoing "**JOINT MOTION FOR LEAVE TO FILE CLASS CERTIFICATION MEMORANDA AND RELATED EXHIBITS UNDER SEAL**" with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the following, and served the same upon counsel for the Defendants, as follows:

| | |
|---|---|
| Amy M. Smith, Esq. | Daniel T. Donovan, Esq. |
| Lauren K. Turner, Esq. | Holly R. Trogdon, Esq. |
| Steptoe & Johnson PLLC | Charles S. Nary, Esq. |
| 400 White Oaks Boulevard | Kirkland & Ellis LLP |
| Bridgeport, WV 26330 | 1301 Pennsylvania Avenue NW |
| | Washington, D.C. 200004 |

                                        */s/ Frank E. Simmerman, III*
                            Frank E. Simmerman, III (W. Va. Bar #11589)
                                    Counsel for the Plaintiff