FILED: January 31, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-1347
(1:22-cv-00001-TSK-MJA)

_____

MCARDLE FAMILY PARTNERSHIP, a Pennsylvania Limited Partnership, individually and on behalf of others similarly situated

    Plaintiff - Appellant

v.

ANTERO RESOURCES CORPORATION, a Delaware corporation; KEY OIL COMPANY, a West Virginia corporation; FRANKLIN L. BUTLER, an individual

    Defendants - Appellees

_____

O R D E R
_____

Upon consideration of the submissions relative to appellees' motion to dismiss the appeal for lack of jurisdiction, the court grants the motion.

Entered at the direction of Judge Gregory with the concurrence of Judge Richardson and Judge Rushing.

        For the Court

        <u>/s/ Nwamaka Anowi, Clerk</u>